Order entered November 21, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01348-CV

### IN RE SOUTHERN FOODS GROUP, LLC AND DEAN TRANSPORTATION, INC.,
### Relators

**On Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07015-C**

## ORDER

Pursuant to the Court's opinion of this date, we **DENY** real party's November 15, 2013 motion to reconsider and to vacate. On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our order of October 31, 2013.

We **DISMISS** as moot relator's petition for writ of mandamus. We **ORDER** that each party bear its own costs of the original proceeding.

/s/    DAVID L. BRIDGES
       JUSTICE